908

FIRST DEPARTMENT, MAY, 1971

(May 4, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL McEADDY, Appellant.—

Concur — Stevens, P. J., Capozzoli, Nunez, Kupferman and Steuer, JJ.

JOSEPH ALLEN et al., Appellants, v. HOWARD R. LEARY et al., Constituting the Board of Trustees of the Police Pension Fund, Respondents. ELI LAZARUS et al., Plaintiffs, v. NEW YORK CITY POLICE PENSION FUND et al., Defendants.—

Concur — Stevens, P. J., Capozzoli, Nunez, Kupferman and Steuer, JJ.